# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Q & R ASSOCIATES, INC., | : | Case No.: C-1-01-641 |
| Plaintiff, | : | Judge Beckwith |
| v. | : | **DEFENDANTS' NOTICE OF COMPLIANCE** |
| UNIFI TECHNICAL FABRICS LLC, et al., | : | |
| Defendants. | : | |

Pursuant to the Calendar Order entered January 27, 2003, Defendants Unifi Technical Fabrics, LLC and W. Michael Mebane hereby give notice that they complied with the Calendar Order by identifying their expert witness and producing a report on July 15, 2003.  Defendants did not identify a rebuttal expert or produce a rebuttal report.

/s/ Frederick J. McGavran
Frederick J. McGavran (0011284)
Trial Attorney for Defendants
Unifi Technical Fabrics, LLC and
W. Michael Mebane
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6940 Telephone
(513) 651-6981 Facsimile
fmcgavran@fbtlaw.com

OF COUNSEL:
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6800 Telephone

-2-

## **CERTIFICATE OF SERVICE**

      This is to certify I served James E. Burke, Esq., and Dwight A Packard II, Trial Attorneys for Plaintiff Q&R Associates, Inc., 1800 Provident Tower, 1 East Fourth St., Cincinnati, Ohio 45202 by hand delivery on this 26th day of December 2003.

      /s/ Frederick J. McGavran
      Frederick J. McGavran (0011284)

CinLibrary/1356588.1