## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Q & R ASSOCIATES, INC., | : | Case No.: C-1-01-641 |
| | : | |
| Plaintiff, | : | Judge Beckwith |
| | : | |
| v. | : | **PRIMARY WITNESS LIST AND** |
| | : | **TESTIMONY SUMMARY OF** |
| | : | **DEFENDANTS UNIFI TECHNICAL** |
| | : | **FABRICS LLC AND W. MICHAEL** |
| | : | **MEBANE.** |
| | : | |
| UNIFI TECHNICAL FABRICS LLC, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

Michael Delaney, Senior Vice President
Unifi, Inc.

Mr. Delaney is expected to testify that Mr. Mebane removed himself from negotiations with Avgol in early March 2001 and a transaction with Avgol was not assured until the transaction was closed.

W. Michael Mebane, former President
Unifi Technical Fabrics LLC

Mr. Mebane is expected to testify the same as he testified in his affidavit.

Michael Quinn
Q&R

Mr. Quinn is expected to testify the same as he testified in his affidavit and deposition.

John Ranz
Q&R

Mr. Ranz is expected to testify the same as he testified in his affidavit and deposition.

Ronald Smith, former Director of Business Development
Unifi Technical Fabrics LLC

Mr. Smith is expected to testify that he took over negotiations with Avgol from Mr. Mebane in March 2001 and that a transaction with Avgol was not assured until the transaction was closed.

Defendants reserve the right to name additional primary witnesses as they become known.

/s/ *Frederick J. McGavran*
Frederick J. McGavran (0011284)
Trial Attorney for Defendants Unifi
Technical Fabrics, LLC and
W. Michael Mebane
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6940 Telephone
(513) 651-6981 Facsimile
fmcgavran@fbtlaw.com

OF COUNSEL FOR DEFENDANT
UNIFI TECHNICAL FABRICS LLC
Gregory A. Wendling
426 W. Friendly Avenue, Suite A
Greensboro, North Carolina 27401
(336) 274-0001
(336) 375-2625

OF COUNSEL FOR DEFENDANTS
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6800
(513) 651-6981 Facsimile

## CERTIFICATE OF SERVICE

This is to certify I served James E. Burke, Esq. and Dwight A Packard II, Esq., Trial Attorneys for Plaintiff Q&R Associates, Inc., 1800 Provident Tower, 1 East Fourth St., Cincinnati, Ohio 45202 by fax and ordinary U.S. mail this 16th day of January 2004.

/s/ *Frederick J. McGavran*
Frederick J. McGavran

CinLibrary/1360792.1