# EXHIBIT E

Case 1:01-cv-00641-MRB    Document 26-6    Filed 03/31/2004    Page 1 of 4



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

## CASE NO.: C-1-01-641

**Q & R ASSOCIATES, INC.,**

    Plaintiff,

vs.

**UNIFI, INC., et al,**

    Defendants.

**DEPOSITION**



## WITNESS: RONALD LEE SMITH

**TAKEN AT THE OFFICES OF:**
**UNIFI TECHNICAL FABRICS, LLC**
7201 West Friendly Avenue
Greensboro, NC 27401

DATE: 2-23-04
TIME: 12:25 P.M.

**REPORTER: DALE L. RING**
**CHAPLIN & ASSOCIATES, INC.**

CHARLOTTE (704) 335-1954   TRIAD (336) 992-1954   RALEIGH (919) 807-1954

Ronald Lee Smith                                                    Page 105

1    definitive agreements.  When I talked to -- I know
2    I went to Dexter first about it, but when that
3    conversation happened, I don't know.  I can't put
4    it in the timeline.
5         Q.   (Mr. Packard) Okay.  Exhibit 12.  After
6    you get a chance to look at it, can you tell me
7    what is Exhibit 12?
8    (Witness examined document)
9         A.   I think this is -- I don't -- it's
10   signed, so this is most likely the executed copy
11   of the nonbinding LOI.
12        Q.   This is what you would call the
13   nonbinding LOI?
14        A.   That's -- yes, that's what we would call
15   the nonbinding LOI.
16        Q.   And why was this executed?  Do you know?
17             MR. WENDLING:  Objection.
18             THE WITNESS:  To define the intent
19   of the parties, to put it in -- to create a
20   structure that we can move forward and negotiate
21   off of, like -- similar reasoning.  But, I mean,
22   it's kind of confidentiality agreement, nonbinding
23   LOI is the typical flow of these deals.
24        Q.   (Mr. Packard) All right.  Take a look
25   at Exhibit 13 now.  Is that the binding LOI?

Ronald Lee Smith                                              Page 106

1      (Witness examined document)
2          A.   May 11th.  Yes, near.  Yes.
3          Q.   Were there -- between the nonbinding LOI
4      and the binding LOI, were there drafts of this
5      document being worked on to come up from the
6      nonbinding LOI to the binding LOI?
7          A.   Drafts of this or drafts of the
8      definitive agreement?
9          Q.   Drafts of just the binding LOI.
10         A.   Drafts of the binding LOI.  Yes.  I'm
11     sure the first one didn't make it, but it was --
12     they were all right up against May 11th.  They
13     weren't -- the process was sign the LOI and then
14     begin the negotiation process to get to the
15     binding LOI.  So we weren't -- we weren't
16     negotiating through drafts of an LOI, I guess is
17     what I'm saying.
18         Q.   That's what I'm trying to find out.
19         A.   No.
20         Q.   Okay.  How about the nonbinding LOI?
21     Was there drafts exchanged on that or?
22         A.   I'm sure there were multiple drafts
23     exchanged the five days leading up to that, but we
24     were negotiating and I was talking to the -- our
25     attorney, and he was kind of memorializing that