# EXHIBIT D

## JOHN RANZ'S DEPOSITION EXCERPTS 11/11/03

```
 1           IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
 2                   WESTERN DIVISION

 3               - - - - -

 4   Q&R ASSOCIATES, INC.,          :
                                    :
 5              Plaintiff,          :
                                    : CONFIDENTIAL
 6   vs.                            : CASE NO. C-1-01-641
                                    :
 7   UNIFI TECHNICAL FABRICS, LLC,  :
     ET AL.,                        :
 8                                  :
                Defendants.         :
 9               - - - - -

10

11

12

13

14
                 DEPONENT: JOHN RANZ, JR.
15
                    NOVEMBER 11, 2003
16
                        10:16 A.M.
17

18

19

20

21

22

23   REPORTED BY:
     Heidi L. Constable, RPR, RMR
24
```

1



1  A. Mike had told me that he had further
2  conversations with Mike Mebane and that Mebane had
3  invited us to come down to Mocksville to look around,
4  no obligation on anybody's part, just kind of get to
5  know one another and look around.
6  Q. Okay. And what was your response to
7  that?
8  A. Based on what we had been told as
9  far as the capabilities, the new Reifenhauser
10 equipment, I had some interest.
11 Q. Why did you have interest then and no
12 interest in the first contact between Mr. Quinn and
13 Mr. Mebane?
14 A. You know, first of all, during the
15 first contact, to the best of my knowledge, UTF
16 hadn't even broken ground yet, so it was still a
17 speculative venture, if you will. In January of '01
18 the situations were changing, we had the situation
19 with Drypers being purchased by AHP, I personally was
20 concerned about the growth opportunities for Q&R with
21 the spunbond product line and always looking to grow
22 our business. I thought if nothing else, it wouldn't
23 hurt to sit down, you know, I'll listen to anybody at
24 any point in time.

55

```
 1   discussed what the plans were for the next day, Mr.
 2   Mebane said, At this point in time I would like to
 3   request that the fact that you two have come down
 4   here to visit and that we've had this meeting, I
 5   would like to request that we keep this meeting --
 6   the fact that this meeting took place confidential
 7   amongst the three of us.  And Mike and I both
 8   responded that we have no problem with that.  And at
 9   that point Mr. Mebane stood up and we all shook hands
10   and he cheerfully said, We call this a North Carolina
11   agreement.
12              Q.    And that was a North Carolina
13   agreement that you keep your meeting secret?
14              A.    My impression of what he was terming a
15   North Carolina agreement was, yes, we keep this
16   meeting secret, yes, everything that we discussed at
17   this meeting is secret, and that here in North
18   Carolina our word is our bond, and that's what we
19   call a North Carolina agreement.  So if I tell you
20   something, you can take it to the bank and you can
21   trust it to be truthful.  That's what I considered to
22   be the North Carolina agreement.
23              Q.    The sequence of events was he asked
24   you to keep the meeting secret, you and Mr. Quinn
```