# EXHIBIT F

MICHAEL DELANEY'S DEPOSITION EXCERPTS 02/23/04



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CASE NO.: C-1-01-641

Q & R ASSOCIATES, INC.,

    Plaintiff,

vs.

UNIFI, INC., et al,

    Defendants.

**DEPOSITION**



### WITNESS: MICHAEL EUGENE DELANEY

**TAKEN AT THE OFFICES OF:**
**UNIFI TECHNICAL FABRICS, LLC**
7201 West Friendly Avenue
Greensboro, NC 27401

DATE: 2-23-04
TIME: 9:37 A.M.

**REPORTER: DALE L. RING**
**CHAPLIN & ASSOCIATES, INC.**

CHARLOTTE (704) 335-1954   TRIAD (336) 992-1954   RALEIGH (919) 807-1954

Michael Eugene Delaney                                                          Page 55

```
 1    was some good agents that he was going use those
 2    people because we talked about -- you know, I
 3    remember talking one day about, "Have you been
 4    able to figure out how to sell this product?"  And
 5    he said, "There's a -- there's a really good group
 6    that is going to -- you know, that we hope to be
 7    able to work with."
 8         Q.   Okay.
 9         A.   Beyond that, at the -- towards the end
10    of the deal -- and I don't know the exact day, but
11    towards the end of the deal -- I know Mike wanted
12    to make sure that if a deal happened, that we knew
13    that there was a group called Q&R, that we needed
14    to try to, if we could, take care of them.  And
15    that was as far as it went.  And I passed that on
16    to Ron or it came -- Ron and I talked about it, I
17    know.
18              And so, because it was a relatively new
19    relationship, we had hoped to try to make sure
20    that went into the deal.  I know Ron approached
21    AVGOL to try to make that happen.
22         Q.   Did you personally have any discussions
23    with anybody at AVGOL about Q&R?
24         A.   No.
25         Q.   That was all Ron?
```

Michael Eugene Delaney                                                    Page 56

1        A.   That would have been all Ron.  I don't
2   recall having any discussions.
3        Q.   When was the first time you -- do you
4   recall, in time, about when you heard the very --
5   well, let's strike that and start over.  It's
6   terrible.
7             When was the first time that you heard
8   about Q&R at all?  Can you give me an approximate
9   point in time?
10       A.   Maybe sometime in April.
11       Q.   Okay.  2001?
12       A.   Yeah.
13       Q.   And then there was no further mention of
14  them until towards the end when Mebane wanted you
15  to take care of ---
16       A.   What I remember is a conversation
17  sometime probably in April, and then I remember --
18  I remember as things started to heat up and it
19  started to look like it might get more real around
20  the, you know, binding LOI time, perhaps, or maybe
21  before the final agreement, I remember Ron telling
22  me he was going to try to get -- get that
23  relationship working with the deal with AVGOL.
24       Q.   Did that ever happen?
25       A.   Not -- no, I don't believe it did.  I

Michael Eugene Delaney                                            Page 57

```
 1    know AVGOL -- he came back to me, and he said,
 2    "You know, they pushed back on that."  And Mike --
 3    he -- I know he wanted to do it.  We thought it
 4    was the right thing to do.  Nor do I -- nor do I
 5    remember in those conversations that we actually
 6    had an agreement with them.  It was confusing
 7    because I don't remember that we ever had an
 8    agreement with Q&R, and then we were trying to
 9    work them into the deal.  So I remember raising
10    that question.  But, anyway, we gave it a shot.
11         Q.   You say AVGOL pushed back on that point.
12    What do you mean?  They said no?
13         A.   Those are my words, not Ron's.
14         Q.   Sure.
15         A.   But he -- I remember at some point he
16    had brought it up and somebody from AVGOL, whoever
17    it was he was dealing with, had not wanted to do
18    that.  And that kind of, I think, was a surprise
19    because we didn't realize there was -- it would --
20    there was an issue there.
21         Q.   Do you recall what the sale price was of
22    the plant?
23         A.   Based on the way it was structured, I --
24    I'm guessing, low 40s.  I mean, I don't remember
25    what the final number was.
```

Michael Eugene Delaney                                             Page 87

```
 1        Q.   It says, "Due diligence teams arrive to
 2   begin the process," and then it says "oh" and I
 3   think they meant "on April 16th."  Does that sound
 4   about right?
 5        A.   I don't recall.  What's the date of
 6   this?  April 4th.  It doesn't sound right.  It
 7   seems like it was much later than that.
 8        Q.   Okay.
 9        A.   I think maybe somebody had a hope that
10   something like that might happen because they were
11   pushing for something early.
12        Q.   Okay.
13        A.   But until we knew that there was a real
14   deal, that wasn't going to happen.
15        Q.   If you skip down on the same page, below
16   the Roman numeraled paragraphs, to the first full
17   paragraph after those?  It begins, "Overall, the
18   meeting went much better than I thought it would."
19        A.   Tell me where I'm skipping down to
20   again?
21        Q.   To the ---
22        A.   Oh, the final ---
23        Q.   Yeah.  Take -- just take a moment and
24   read that paragraph.
25        A.   Uh-huh (yes).
```