# EXHIBIT K

**PLAINTIFF'S DEPOSITION EXHIBIT # 39**

McCoy, Charles F. - GSO
_____

•
•

-----Original Message-----
From: Mebane, Mike - MOC
Sent: Monday, April 02, 2001 9:47 AM
To: 'MQuinn0210@aol.com'
Subject: RE: agreement

Thanks Mike, Lets GO GO GO.....

Item 1 below, we'll talk on anything below $0.96. I am sure we will both be reasonable.
Item 2 below, I don't know how to approach without a long drawn-out legal department process which usually doesn't work very well either. As we discussed this AM, lets commit to making this a mute point by doing great. If something does change down the road, I'll look after you guys the same way I am looking after Gene today.

Richard will be your primary contact, gate keeper to make sure we do follow up.
We will be sending you spread sheets today with invoices to-date and sample activity

Talk with you later,

Mike



6/14/01