# EXHIBIT N

**PLAINTIFF'S DEPOSITION EXHIBIT # 31**

## CONFIDENTIAL

# AVGOL LTD.
### NONWOVEN INDUSTRIES

To: Mike Mebane
From: Moshe Goldwasser
Date: 7 March 2001

Dear Mike,

Further to our telephone conversation, I should like to confirm Avgol's intention to begin negotiations with Unifi Technical Fabrics (UTF) regarding Avgol's acquisition of UTF.

When, during our conversation, I proposed the date of March 20th, I did not have my diary with me and it turns out that my colleagues and myself have prior commitments for that period. Therefore, that date is not realistic. The IDEA show will be taking place the following week and unfortunately, the first week of April is already all booked up, with no possibility to make changes. The week after that ties us all up – Passover for us and Easter for you.

Since we are taking this whole matter seriously, as you are, and are interested in carrying out discussions without being pressured for time, I should like to suggest that we devote the week of April 16 to our visit to the plant and offices. This will make it possible for all of the relevant people in Avgol to come to UTF in order to conduct negotiations and carry out the various due diligence issues.

I hope that this will be agreeable with you.

I await your confirmation.

Best regards,

Moshe Goldwasser
Avgol Ltd Nonwoven Industries


EXHIBIT
Pl. 31

P.O.Box 175, Holon 58101, Israel         Bankers: Bank Leumi Le-Israel B.M.
Tel.:   972-3-5503257, 5502504    Telefax: 972-3-5562866         Azor Brunch - 827

Confidential
UTF 001201