# EXHIBIT O

**PLAINTIFF'S DEPOSITION EXHIBIT # 30**

From: Mebane, Mike - MOC <MMebane@UNIFI-INC.COM>
To: Moshe and Monique Goldwasser (E-mail) <morning@isdn.net.il>; Moshe and Monique Goldwasser (E-mail 2) <morning1@netvision.net.il>
Sent: Wednesday, March 07, 2001 5:38 PM
Subject: CONFIDENTIAL Proposed Transaction CONFIDENTIAL

> Dear Moshe,
>
> I am glad we spoke yesterday and will look forward to hearing something
> definite this week from you. As you prepare your proposal, let me request
> that you are specific about certain aspects of your proposal in the LOI.
We
> will need some specific information from you prior to beginning a due
> diligence process.
>
> 1. Please be specific about the price you are willing to consider and the
> assumptions used in determining the price. The assumptions will be
> confirmed in due diligence, and the price can adjust accordingly, as
defined
> in your LOI. You can define limits to the adjustments which would require
> you to withdraw your offer.
>
> 2. We also need you to confirm your source of financing, including the
> conditions of the availability of financing.
>
> 3. Please list the documents you wish to review in due diligence. A
> detailed list can follow, but give me a general idea.
>
> 4. We need the timing you feel is reasonable and possible from your end
to
> conclude the transaction.
>
> We will plan on you arriving on March 20 for due diligence, assuming the
LOI
> meets our needs. As we talked about yesterday, rumors are already present
> in the market place about a possible deal between us. I stress the
> importance of confidentiality right now. I your visits to the plant will
be
> viewed as alliance or JV discussions to our staff, so they will be very
open
> to share information with you. We can actually meet in Greensboro to
review
> financial data and not draw too much attention to the process.
>
> Thanks Moshe, and we will speak soon.
>
> Please confirm receipt of this message
>
> Best regards,
> Mike
>
>  W. Michael Mebane
> Unifi Technical Fabrics, LLC
> Phone     336-936-2501
> Fax       336-936-2502
> Email     mmebane@unifi-inc.com
> ( http://www.UnifiTechnicalFabrics.com
> <http://www.unifitechnicalfabrics.com/> )
> ( http://www.Unifi-inc.com <http://www.unifi-inc.com/> )


EXHIBIT
Pl. 30

Confidential
UTF 001200