# EXHIBIT Q

**PLAINTIFF'S DEPOSITION EXHIBIT # 2**

Page 1 of 1



**Delaney, Mike - GSO**

From: Mebane, Mike - MOC
Sent: Wednesday, March 14, 2001 7:52 AM
To: Moshe and Monique Goldwasser (E-mail 2)
Subject: Response

Dear Moshe,

Thank you for your response. When we last spoke by phone, you will recall, I had requested that we have a meeting with your US investment banking advisors to discuss customary issues before we could agree to allowing you into the business for due diligence. This is a large deal and we are a public company. There are certain safeguards we must follow. We must execute confidentiality and exclusivity agreements and you must provide us indication of interest including price and method of price adjustment, and proof of capital availability before we can go forward in any capacity.

We can not wait until April to begin these discussions. It does not have to be you or Avgol personnel in these discussions. It has nothing to do with plant operations or market information. Your US investment advisor will be very familiar with the customary process we need to follow which protects both parties. Please give me a representative who is experienced in these types of transactions, and that can represent your interest, that we can begin talking to. March 20 is the date that we would like to meet with your advisors. Please let me know who and where. If we have this meeting, they will be able to fully inform you about the process, prepare necessary documents and begin the process which should allow you to begin due diligence in mid April.

I will await your early response.

Best wishes,
Mike


W. Michael Mebane
Unifi Technical Fabrics, LLC
Phone   336-936-2501
Fax     336-936-2502
Email   mmebane@unifi-inc.com
(http://www.UnifiTechnicalFabrics.com)
(http://www.Unifi-inc.com)



Confidential
UTF 000168