# EXHIBIT "B"

4/1/01 - Quinn Reply to Mebane

**Subject:** Re: agreement
**Date:** Sun, 1 Apr 2001 21:09:10 EDT
**From:** MQuinn0210@aol.com
**To:** MMebane@unifi-inc.com
**CC:** jranz@fuse.net

Mike, thanks for the e-mail. We at Q&R are all excited and ready to go!!!!

I agree with you notes, with 2 exceptions.

1- sharing in the pain below $1.00/lb. I don't remember discussing $1.00 and it's not in John's notes. I do beleive we should share in the pain when prices are lowered, however with the low prices you have already quoted I think,$.96/lb is more realistic.

2- if Unifi's spunbond operation is sold Q&R will be protected. As John, said in our last meeting this is our last trip down spunbond road. We do need to discuss a $ amount.

Other then these 2 issues I'm ok with the agreement, but I do want John's input. I am travelling tomorrow for the week. Feel free to call me on the cellphone or e-mail me. I can not take the cellphone to the golf course on Tuesday.

Please e-mail me the Excel spreadsheet on all shipments since the first of the year.
Please ask Richard to bring me up to date on Paper-Pak. I will be with Bill Weber on Tuesday.

Who do we send specs and samples to?--Richard-Doug-- Christer
I will call you tomorrow with many more questions and request.

Best Regards, MIKE

DEFENDANT'S
EXHIBIT HLC
81
Quinn 11-10-03

1 of 1

4/1/01 8:47 AM

CONFIDENTIAL

QR 1935