# EXHIBIT "E"

```
 1              IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF OHIO
 2                      WESTERN DIVISION

 3                      - - - - -

 4    Q&R ASSOCIATES, INC.,        :
                                   :
 5              Plaintiff,         :
                                   : CONFIDENTIAL
 6    vs.                          : CASE NO. C-1-01-641
                                   :
 7    UNIFI TECHNICAL FABRICS, LLC,:
      ET AL.,                      :
 8                                 :
                Defendants.        :
 9                                 :
                        - - - - -
10

11

12

13

14
                     DEPONENT: JOHN RANZ, JR.
15
                        NOVEMBER 11, 2003
16
                           10:16 A.M.
17

18

19

20

21

22

23    REPORTED BY:
      Heidi L. Constable, RPR, RMR
24
```

1

CIN-TEL CORPORATION



1   of what Mr. Mebane said to you about the industry
2   rumors relating to the sale of UTF to Avgol?
3        A.   It's an accurate statement of my
4   recollection of what Mr. Mebane said, yes.
5        Q.   Did he also say that there was a
6   confidentiality agreement between Avgol and UTF?
7        A.   My recollection was that Mebane said
8   he was not at liberty to discuss all that had
9   transpired.  I don't remember him saying anything
10  about a confidentiality agreement.
11       Q.   But you did understand he wasn't at
12  liberty to tell you everything that had happened,
13  correct?
14       A.   Well, he said that and went on to
15  discuss everything that I've listed here, so he must
16  have been at liberty to say something.
17       Q.   Did Mr. Mebane make a statement about
18  a North Carolina agreement at that February 13
19  meeting?
20       A.   Yes, sir, he did.
21       Q.   And what did he say?  How did that
22  come about?
23       A.   Towards the end of dinner his
24  discussions were winding up, and again, as we had