# EXHIBIT "I"



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

### CASE NO.: C-1-01-641

**Q & R ASSOCIATES, INC.,**

    Plaintiff,

 vs.

**UNIFI, INC., et al,**

    Defendants.

## D E P O S I T I O N



## WITNESS: MICHAEL EUGENE DELANEY

**TAKEN AT THE OFFICES OF:**
**UNIFI TECHNICAL FABRICS, LLC**
**7201 West Friendly Avenue**
**Greensboro, NC 27401**

**DATE: 2-23-04**
**TIME: 9:37 A.M.**

### REPORTER: DALE L. RING
### CHAPLIN & ASSOCIATES, INC.

**CHARLOTTE (704) 335-1954 TRIAD (336) 992-1954 RALEIGH (919) 807-1954**

1    And then he -- he sort of pitched it to us.  And

2    that's, at that point, why I talked to Ron Smith

3    and said, "Ron, I just don't think Mike

4    emotionally needs to be, you know, connected

5    here."

6         Q.    Do you know whether Mr. Mebane, Mike

7    Mebane, had ever actually terminated negotiations

8    with AVGOL at any point?

9              MR. WENDLING:  Objection.

10             THE WITNESS:  He -- I think,

11   personally, he did by saying -- I -- he told them

12   to deal with us, not him.

13        Q.    (Mr. Packard)  He removed himself from

14   the negotiations?

15        A.    Yes.

16        Q.    But the discussions remained ongoing

17   between the two companies?

18             MR. WENDLING:  Objection.

19             THE WITNESS:  We resurrected the

20   discussions.

21        Q.    (Mr. Packard)  What do you mean by

22   resurrected?

23        A.    Well, I'm not sure where they were at,

24   whether they were on speaking terms or not,

25   frankly.  So Ron -- I asked Ron to get involved,