# EXHIBIT "J"



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CASE NO.: C-1-01-641

Q & R ASSOCIATES, INC.,

    Plaintiff,

vs.

UNIFI, INC., et al,

    Defendants.

**DEPOSITION**


COPY

**WITNESS: RONALD LEE SMITH**

TAKEN AT THE OFFICES OF:
UNIFI TECHNICAL FABRICS, LLC
7201 West Friendly Avenue
Greensboro, NC 27401

DATE: 2-23-04
TIME: 12:25 P.M.

**REPORTER: DALE L. RING
CHAPLIN & ASSOCIATES, INC.**

CHARLOTTE (704) 335-1954   TRIAD (336) 992-1954   RALEIGH (919) 807-1954

Ronald Lee Smith                                                    Page 45

1   was calling on that AVGOL was going to acquire --
2   or was looking to acquire our non-woven facility.
3   He had gotten a call from a customer saying they
4   had heard that from the AVGOL representative and
5   that he was furious about that. And I think from
6   that point, that's when he blew up the
7   negotiations and said, "You guys are doing damage
8   to the business, and I can't let it move forward."
9   And we were asked to take a look to see if we
10  could put it back on track.
11       Q.   Okay. You said "he blew up the
12  negotiations." What did you mean by that?
13       A.   Purely from a "what I had heard"
14  perspective, Mike had had a conversation on e-mail
15  with Moshe that wasn't very professional. Because
16  when I finally talked to Moshe, Moshe said, "I
17  don't understand why Mike is so upset." So I
18  wasn't getting the fact that Mike was upset from
19  Mike.  I got it from AVGOL that Mike was upset
20  about something and that he had cut off the
21  negotiations and said, "This is it. We're not
22  doing -- we're not moving forward with this."
23       Q.   Was that in your telephone call with
24  Moshe at the end of March of 2001?
25       A.   In the end of March, yeah.

**Ronald Lee Smith**             Page 54

1   A.  No.  It would have been -- if we
2   presented something to the board, I would guess it
3   would be in the board notes or the board minutes,
4   but that would be the only place I would know to
5   look for it.
6   Q.  By the middle of March of 2001, what is
7   your understanding of the status of the
8   discussions on the UTF deal with AVGOL?
9         MR. WENDLING:  Objection.
10        THE WITNESS:  Off track, Mike's
11  upset over the rumor, don't -- thinks they're just
12  playing games, and we were looking at evaluating
13  AVGOL as to whether or not they were serious -- a
14  serious buyer or not.
15  Q.  (Mr. Packard)  I've heard words like
16  "resurrect" and "blow up the deal."  Was the deal
17  dead by mid-March 2001?
18        MR. WENDLING:  Objection.
19        THE WITNESS:  Yes.
20  Q.  (Mr. Packard)  Okay.  Why do you say
21  that it was dead?
22  A.  I think from Mike's perspective, he was
23  walking away from the deal.  He said, "This is --
24  I don't think you guys are going to do the deal,
25  you're not -- you're not -- the rumor is out.