# EXHIBIT D:

# WILLIAM MICHAEL MEBANE'S

# DEPOSITION EXCERPTS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CASE NO. C-1-01-641

Q & R ASSOCIATES, INC.,

        Plaintiff,

vs.

UNIFI, INC., et al,

        Defendant.

**DEPOSITION**



## WITNESS: WILLIAM MICHAEL MEBANE

TAKEN AT THE LAW OFFICES OF:
CARRUTHERS & ROTH, P.A.
235 North Edgeworth Street
Greensboro, NC 27401

DATE: 02-24-04
TIME: 08:57 A.M.

REPORTER: DALE L. RING
CHAPLIN & ASSOCIATES, INC.

CHARLOTTE (704) 335-1954   TRIAD (336) 992-1954   RALEIGH (919) 807-1954

William Michael Mebane                                        Page 145

```
 1        A.   I remember telling Mr. Quinn that if
 2   there was, you know, any circumstance around a
 3   change of control, that just as I had done for our
 4   employee, Gene Kelly, I would also do for them.
 5             And so I -- I do not recall,
 6   specifically, making that request to Delaney or
 7   Smith.
 8        Q.   Okay.  When did you tell Mr. Quinn that?
 9        A.   It would have been either during or
10   right after our conversations in Miami.
11        Q.   The agreement that you had reached in
12   Miami, did you ever refer to that as a North
13   Carolina agreement?
14        A.   Very possibly, I could have.  I do
15   not -- maybe, I -- I think I put that into my --
16   my previous statements, and that would be
17   something that I would -- would have said, so
18   yeah, I probably did say that.
19        Q.   Is that a phrase you use, a North
20   Carolina agreement?
21        A.   I mean, no often, but it -- it would not
22   be out of character.
23        Q.   But what did it mean to you when you
24   said it?
25        A.   That we had agreed upon all of the
```

02-24-04                Q&R vs. UNIFI\C101641                COPY

Chaplin & Associates, P. O. Box 407, Kernersville, NC 27285-0407 (336) 992-1954

William Michael Mebane                                      Page 146

1    significant terms and conditions of Q & R
2    representing Unifi.  And that we stood up, left
3    that meeting shaking hands, and so I was agreeing
4    to do what I said I would do.  And I was expecting
5    them to do what they said they would do.
6            And at that time, I thought we had an
7    agreement.
8        Q.   As you sit here, today, do you think
9    that you had an agreement then?
10       A.   At that time, I did.  It was not until
11   later, when I received a message back from
12   Mr. Quinn on two pretty substantive points that
13   indicated to me that he didn't feel like we had an
14   agreement, even though we had agreed upon those
15   same points together, in person.
16       Q.   Do you recall signing an affidavit in
17   this case?
18       A.   I do.
19                  (PLAINTIFF'S EXHIBIT
20                  NUMBER 25 WAS MARKED
21                  FOR IDENTIFICATION)
22       Q.   I hand you Exhibit 25.  I'll just ask
23   you if this is that affidavit that you signed?
24   (Witness examined document)
25       A.   Yes, it appears to be.

02-24-04            Q&R vs. UNIFI\C101641                COPY

Chaplin & Associates, P. O. Box 407, Kernersville, NC 27285-0407 (336) 992-1954

| | | |
|---|---|---|
| 1 | Q. | And it's got the date there of |
| 2 | | March 27th. Is that the date of the meeting in |
| 3 | | Miami that we were talking about this morning? |
| 4 | A. | I believe it was. |
| 5 | Q. | Paragraph 14 talks about the North |
| 6 | | Carolina agreement. |
| 7 | A. | Okay. |
| 8 | Q. | It says there that, "After I thought we |
| 9 | | had reached an agreement, I stated that UTF and |
| 10 | | Q & R had reached a 'North Carolina agreement' on |
| 11 | | the terms, as I had stated them, and shook hands |
| 12 | | with Mr. Quinn and Mr. Ranz on the verbal |
| 13 | | agreement." Was there a verbal agreement that |
| 14 | | day? |
| 15 | A. | I believed that there was. |
| 16 | Q. | Okay. You're saying that -- did you say |
| 17 | | that in the past tense, I believed? I was just -- |
| 18 | | I may not have heard you correctly. |
| 19 | A. | Yes. I said I believed there was. |
| 20 | Q. | Okay. |
| 21 | A. | I mean, I'm not an attorney --- |
| 22 | Q. | Understood. |
| 23 | A. | --- to understand if a point -- a |
| 24 | | contract exists or not, but at this point, we had |
| 25 | | agreed on all the substantive terms of them |

02-24-04           Q&R vs. UNIFI\C101641                    COPY

Chaplin & Associates, P. O. Box 407, Kernersville, NC 27285-0407 (336) 992-1954