# EXHIBIT F:

# JOHN RANZ, JR'S

# DEPOSITION EXCERPTS

```
 1           IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
 2                   WESTERN DIVISION

 3                    - - - - -

 4    Q&R ASSOCIATES, INC.,           :
                                      :
 5              Plaintiff,            :
                                      : CONFIDENTIAL
 6    vs.                             : CASE NO. C-1-01-641
                                      :
 7    UNIFI TECHNICAL FABRICS, LLC,   :
      ET AL.,                         :
 8                                    :
                Defendants.           :
 9                                    :
                      - - - - -
10

11

12

13

14
             DEPONENT: JOHN RANZ, JR.
15
                NOVEMBER 11, 2003
16
                   10:16 A.M.
17

18

19

20

21

22

23   REPORTED BY:
     Heidi L. Constable, RPR, RMR
24
```

1



1  discussed what the plans were for the next day, Mr.
2  Mebane said, At this point in time I would like to
3  request that the fact that you two have come down
4  here to visit and that we've had this meeting, I
5  would like to request that we keep this meeting --
6  the fact that this meeting took place confidential
7  amongst the three of us. And Mike and I both
8  responded that we have no problem with that. And at
9  that point Mr. Mebane stood up and we all shook hands
10  and he cheerfully said, We call this a North Carolina
11  agreement.
12      Q.   And that was a North Carolina
13  agreement that you keep your meeting secret?
14      A.   My impression of what he was terming a
15  North Carolina agreement was, yes, we keep this
16  meeting secret, yes, everything that we discussed at
17  this meeting is secret, and that here in North
18  Carolina our word is our bond, and that's what we
19  call a North Carolina agreement. So if I tell you
20  something, you can take it to the bank and you can
21  trust it to be truthful. That's what I considered to
22  be the North Carolina agreement.
23      Q.   The sequence of events was he asked
24  you to keep the meeting secret, you and Mr. Quinn

1  Q. But not a matter of urgency?
2  A. It was not a top priority to Q&R at
3 that point in time, no.
4  Q. Did you attend the meetings in
5 Mocksville on April 10 and 11 of 2001?
6  A. Yes, sir.
7  Q. Who was there?
8  A. From Q&R was myself, Mike Quinn, and
9 Ron Honerlaw. And from Unifi there was -- there was
10 a number of people that were in and out, Allen Logie,
11 Doug Nichols, Krister Erlandsson, Richard Lewis, and
12 I believe Gene Kelly was there as well.
13  Q. Did you see Mr. Mebane at all during
14 those meetings?
15  A. I don't -- I believe Mr. Mebane was
16 out of town.
17  Q. In any of the meetings on April 10 or
18 11, did you or Mr. Quinn say anything to anybody from
19 UTF -- anything about an agreement between Q&R and
20 UTF?
21  A. No.
22  Q. Did anybody from UTF say anything to
23 you or to Mr. Quinn about an agreement between Q&R
24 and UTF?

1    A.    No, sir.
2    Q.    And just overall, what was the purpose
3    of those meetings?
4    A.    It was a business planning meeting.
5    It was to get to know each other, to learn about the
6    systems, to learn about the equipment, to learn about
7    the customers, and to plan a strategy on how we were
8    going to pursue this business.
9    Q.    Did you speak with Mr. Cleaver after
10   Mr. Quinn told them that Q&R was leaving the
11   relationship with Cleaver?
12   A.    I don't believe I did, no, sir.  If
13   you mean shortly afterwards, no, no, I did not.
14   Q.    Anytime.
15   A.    I've spoken with Mr. Cleaver many
16   times since -- since that occurred, yes.
17   Q.    Did he say anything about his reaction
18   to the phone call from Mr. Quinn?
19   A.    Not that I recollect, no.
20   Q.    Did you have any -- what was the next
21   contact you had with Mr. Mebane?
22   A.    After what date?
23   Q.    After, well, you saw him on March
24   27th, you saw him at a meeting later on that week