# EXHIBIT H:

# DEFENDANTS' DEPOSITION EXHIBIT # 87

# EXHIBIT H:

# DEFENDANTS' DEPOSITION EXHIBIT # 87

Q&R Business Review Meeting

April 10, 11 – Mocksville, NC

Agenda Items

Visit to TS texturing and spinning facility – how Unifi does things

Nonwoven plant tour

Welcome dinner – Bernardins 6:00 pm Tuesday evening – Gene, Allan, Krister, Richard, Doug
Mike, Ron, John

### Q & R Associates, Inc.

- Organization
- History
- Market Activities
- Reasons for change – story line
- Actual customer base
- Potential customer base
- Customer reactions

### Unifi Technical Fabrics – Current Position

- Organization
- Market and Product Strategy
- Advertising Efforts
- Promotional Materials – Literature, Unifi facts Sheets, Annual report, Plant Photo File, UTF, Presentation, Fyberserv, Development (CDC – Sorbtek)
- Current Product Mix – status of machine qualifications - issues
- MSDS booklet
- Pricing
- Sampling Plan
- Current Market Activity
- Forecast – balance FY 2000/2001, FY 2001/2002  *FY = 7/1 thru 6/30*

### Issues to Define

- Proper introduction to the market – Press release, Customer meetings
- Story Line
- Division of market activities – logistics of the relationship

DEFENDANT'S EXHIBIT 7+CC
87
QUINN 11-11-03

CONFIDENTIAL

QR 1920



**GENE KELLY**
Account Manager

HOME OFFICE
5407 CRESTLINE ROAD
WILMINGTON, DE 19808

Telephone     (302) 369-1020
Fax           (302) 369-1021
e-mail        gkelly@nelnet.com
web site      www.UnifiTechnicalFabrics.com

gkelly@unifi-inc.com

**KRISTER ERLANDSSON**
Manager of Technical Service &
Product Development

UNIFI TECHNICAL FABRICS, LLC
PO BOX 969
178 UNIFI DRIVE
MOCKSVILLE, NC 27028

Telephone     (336) 936-2500
Direct Line   (336) 936-2530
Fax           (336) 936-2505
e-mail        kerlands@unifi-inc.com
web site      www.unifitechnicalfabrics.com



**DOUG NICHOLS**
Director of Sales and Marketing

UNIFI TECHNICAL FABRICS, LLC
PO BOX 969
178 UNIFI DRIVE
MOCKSVILLE, NC 27028

336-466-0423

Telephone     (336) 936-2500
Direct Line   (336) 936-2520
Fax           (336) 936-2502
e-mail        dnichols@unifi-inc.com
web site      www.unifitechnicalfabrics.com



**RICHARD A. LEWIS**
Manager of Customer Service and Planning

UNIFI TECHNICAL FABRICS, LLC
PO BOX 969
178 UNIFI DRIVE
MOCKSVILLE, NC 27028

336 978-8787

Telephone     (336) 936-2500
Direct Line   (336) 936-2525
Fax           (336) 936-2505
e-mail        rlewis@unifi-inc.com
web site      www.unifitechnicalfabrics.com



**J. ALLAN LOGIE**
Director of Operations

UNIFI TECHNICAL FABRICS, LLC
PO BOX 969
178 UNIFI DRIVE
MOCKSVILLE, NC 27028

Telephone     (336) 936-2500
Direct Line   (336) 936-2510
Fax           (336) 936-2505
e-mail        alogie@unifi-inc.com
web site      www.unifitechnicalfabrics.com

CONFIDENTIAL

QR 1950