# EXHIBIT C:

## PLAINTIFFS' EXHIBIT NO. # 16

laney, Mike - GSO

m:  Mebane, Mike - MOC
Sent:  Thursday, March 15, 2001 11:55 AM
To:  Smith, Ron - GSO; Delaney, Mike - GSO
Subject:  Avgol

Mike and Ron,

Attached is a letter from Moshe Goldwasser regarding the potential transaction. I received a call from P&G purchasing people yesterday asking if were where selling to Avgol. She confirmed Avgol's agent as the source. I am very upset by this and it makes it very difficult for us to startup the plant and sell it up with this guy blabbing about our talks. I am therefore requesting that the M&A group take over this endeavor, and negotiate on behalf of Unifi. I'll help in any way possible. I do suggest however, that we value the business based on our expected future cash flow of at least $10 million per year. Hair cut that to $8 million at a multiple of 6 times and it is worth a minimum of $48 million.

He refuses to offer an indication of interest (value range) until after he goes through the records. He wants to come go through the plant, records, invoices, contracts and the like, without any indication of value, and no requirement to do the deal. Today he even suggested that we release that we are negotiating.... He is a loose cannon. I need to get as far away from the process as possible and keep starting up the business. I'll help you in any way possible, but you need to be the primary contact. I told him this today.

Thanks for the assist.
Mike



Moshe and Monique
Goldwasser

Original Message——
n:  Moshe Goldwasser [mailto:Moshe@Avgol.co.il]
nt:  Thursday, March 15, 2001 7:18 AM
To:  Mike Mebane (E-mail)
Subject:  Confidential



AVG-UTF - 15 mar
01.doc



EXHIBIT
P1.16

Confidential