# EXHIBIT "A"

1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
2                       WESTERN DIVISION

3                      -   -   -   -   -

4    Q&R ASSOCIATES, INC.,              :
                                        :
5                   Plaintiff,          :
                                        : CONFIDENTIAL
6    vs.                                : CASE NO. C-1-01-641
                                        : VOLUME I
7    UNIFI TECHNICAL FABRICS, LLC,:
     ET AL.,                            :
8                                       :
                    Defendants.         :
9                      -   -   -   -   -

10

11

12

13

14

                    DEPONENT: MICHAEL QUINN
15
                      NOVEMBER 10, 2003
16
                         9:37 A.M.
17

18

19

20

21

22

23   REPORTED BY:
     Heidi L. Constable, RPR, RMR
24

                            1
                    CIN-TEL CORPORATION

1    A.    John and I worked together at Clopay.

2    John started, I believe, in 1979 in customer service,

3    transitioned into field sales, and he and I worked as

4    a team on specific customers.

5    Q.    And when was Q&R formed?

6    A.    January 1, 1992.

7    Q.    Okay.  Was it a -- was it formed as a

8    corporation or as a partnership?

9    A.    Corporation.

10         (Defendants' Exhibit 1 was marked for

11    identification.)

12    Q.    Let me hand you a document for

13    identification as Defendants' Exhibit 1 and ask you

14    to identify it if you can.

15    A.    This one?  This is a letter from me to

16    Moshe Goldwasser just introducing him to Q&R

17    Associates.

18    Q.    And it's dated February 23, 1995,

19    correct?

20    A.    Yes.

21    Q.    And you signed it?

22    A.    Yes.

23    Q.    In this letter you say we have been --

24    this is the, oh, maybe the fourth paragraph down

15

CIN-TEL CORPORATION

1    where it says Q&R Associates was established in

2    January of 1992.  It says, "We have been selling raw

3    materials to the disposable hygienics market for a

4    combined 35 years."

5                    What is meant by the phrase "raw

6    materials to the disposable hygienics market"?

7         A.      The components that are used, again,

8    in infant diaper, adult diaper, feminine hygiene

9    products, the individual components, each one being

10   considered a raw material that makes a finished

11   product.

12        Q.      At the time you wrote this letter who

13   were Q&R's customers?

14        A.      1995, again, I mean are you asking for

15   specific names of customers --

16        Q.      Yes.

17        A.      -- or marketplace?

18        Q.      I'm asking for specific names.

19        A.      It would have been -- and my memory

20   won't allow me to name all of them, but it would have

21   been customers like Hospital Specialty; Arquest,

22   Incorporated; Whitestone Products; Principle Business

23   Enterprise; NCN Hygienics; Associated Hygienics;

24   Humanicare; Braco; Bentley Manufacturing.  We weren't

16

CIN-TEL CORPORATION

1          Q.      I'm handing you a document that has

2   been marked for identification as Exhibit 9 and ask

3   if you can identify that.

4          A.      Again, this is a letter from John to

5   John and myself just thanking him -- thanking us for

6   helping him get started.

7          Q.      Okay.  What did you do to help him get

8   started?

9          A.      We have -- we have relationships with

10  customers that he does not have relationships with

11  that would allow Avgol spunbond accelerate the sales

12  versus someone from Cleaver Associates.

13         Q.      Okay.  Did Cleaver have a written

14  agreement with Avgol?

15         A.      Yes.

16         Q.      Have you ever seen it?

17         A.      I have not.

18         Q.      Okay.  Did Mr. Cleaver tell you what

19  the terms of that agreement were?

20         A.      I don't remember.

21         Q.      Did he tell you what commission Avgol

22  was paying Cleaver?

23         A.      Yes.

24         Q.      And what did he tell you?

CIN-TEL CORPORATION

1          A.      Four and a half percent.

2          Q.      Okay.  Was Cleaver Avgol's sole US

3    agent?

4          A.      In the disposable hygiene market.

5          Q.      And what other markets were there in

6    the US?

7          A.      Could be furniture and bedding,

8    durable goods, that's primarily it, agriculture.

9          Q.      What are they used for agriculture?

10         A.      Used for tenting.  Literally they call

11   it greenhouse where you literally form a tent.  It

12   could be laid on the ground.

13         Q.      Okay.

14                 (Defendants' Exhibit 10 was marked for

15                 identification.)

16         Q.      Okay.  I'm handing you a document

17   marked for identification as 10 and ask you to

18   identify it if you can.

19         A.      This is an internal memo from John

20   Cleaver to Moshe Goldwasser copying Frank Perkins

21   regarding a situation that involved 3M.

22         Q.      Have you seen this before?

23         A.      Yes.

24         Q.      Did you see it about the time it was

1    Q.    Okay. Was this proposal accepted?

2    A.    No.

3    Q.    There is a list of 18 customers. Are

4    these customers you were asking to have assigned to

5    Q&R to sell Avgol spunmelt products to?

6    A.    Yes.

7    Q.    What was -- you say it wasn't

8    accepted. What wasn't accepted?

9    A.    John -- John decided this was in the

10   early stages of the start-up of Cleaver Associates.

11   At this point in time it was John Cleaver, no one

12   else. He then began bringing people on-board that

13   could do certain administrative things within his

14   organization and that he would -- he would continue

15   selling customers that he had good relationships

16   with, do his own customer service work. He gave us

17   the customers that we had good relationships with,

18   therefore, we became a sub rep for Cleaver

19   Associates.

20   Q.    When you say customers that you had

21   good relationships with, these were customers for

22   products other than spunmelts; is that correct?

23   A.    Could be. But in all likelihood they

24   all -- when I put the list together it was customers

74

CIN-TEL CORPORATION

the Avgol product --

A.    Yes.

Q.    -- is that correct?  Which plants of Drypers was Q&R's servicing?

A.    Marion, Ohio.

Q.    And is that -- was that Drypers' only plant in the United States or did it have others?

A.    No, they have another.

Q.    And where is that plant?

A.    Vancouver, Washington.

Q.    And is there a reason you weren't selling to the Vancouver plant?

A.    They wanted two sources of supply.

(Defendants' Exhibit 45 was marked for identification.)

Q.    I'm handing you a document marked for identification as 45 and ask you to identify this if you can.

A.    This is a memo from John Cleaver to Moshe outlining a call he had -- a telephone call he had from Ned Obermeyer.

Q.    Have you ever seen this before?

A.    Yes.

Q.    Did you see it about the time it was

124

CIN-TEL CORPORATION

1    in representing them.

2           Q.      And what did you say?

3           A.      No, thank you very much.

4           Q.      Why did you say no?

5           A.      I was very satisfied with the

6    relationship that Q&R had with Avgol/Cleaver.

7           Q.      When was the next time you spoke or

8    communicated in any way with anybody from UTF?

9           A.      Mr. Mebane called again, I believe it

10   was in early February of 2001, inviting John and I to

11   Mocksville just to take a look-see.  No commitment,

12   just come down, take a look, tell us what you think.

13          Q.      And you and Mr. Ranz decided to go

14   take a look?

15          A.      Yes.

16          Q.      What had happened between the first

17   call from Mr. Mebane to you and the second call that

18   led you to go take a look with the second call?

19          A.      We're always interested or I'm always

20   interested in exploring new possibilities that would

21   allow me to grow our business.  Not any different

22   than I hope most American companies, we're always

23   looking to grow.  Some of the things that Mr. Mebane

24   was offering led me to believe that we could grow and

142

CIN-TEL CORPORATION

make more money.

Q.    Well, the same -- what he said in
February really wasn't any different from what he
said in June of 2000, was it?

A.    No, but he enticed me with the fact
that he had state-of-the-art equipment, throughout
the term exclusivity, that type of thing.

Q.    Had anything happened in your
relationship with Cleaver or after during that period
of time that made you more inclined to go talk with
Mr. Mebane?

A.    Cleaver -- John Cleaver had, and I
don't remember the time frame, had mentioned -- had
talked to me about the possibility of taking AHP away
from us, while at the same time he said we would pay
you for two or three years if that happens.  He in
the same conversation said we may also want you to
call on Procter & Gamble for us.  Based on that
conversation I thought it was worth investigating
Unifi.

Q.    Well, if you were being offered the
Procter & Gamble account, wouldn't that have been a
very profitable account had you obtained it for
Cleaver and Avgol?

143

CIN-TEL CORPORATION

1    Q.    I'm handing you a document marked for

2  identification as 75 and ask you to identify that if

3  you can.

4    A.    This is the customer matrix that Mr.

5  Mebane requested that we provided him blind, not

6  mentioning any customer names specifically.

7    Q.    Okay.  And what's meant -- now we have

8  in front of us what's meant by customer matrix?

9    A.    These are five customers that we

10  thought we could bring in-house in a certain time

11  frame.

12    Q.    Okay.  And if you would, go through

13  these and tell us who each customer is.

14    A.    Without seeing my notes --

15    Q.    Were your notes contemporaneous --

16  were they notes you made at the time or are they

17  notes that you made to talk to your lawyer?

18        MR. PACKARD:  These were later notes

19        that we redacted.

20        MR. McGAVRAN:  Okay.

21    A.    Let me look here.  You want to the

22  know the customers' names?

23  BY MR. McGAVRAN:

24    Q.    Yes.


166

CIN-TEL CORPORATION

1    A.  The first one is Arquest.  Let's see,

2 the second one is -- let's see what -- number five is

3 Drypers.  Number four is Hospital Specialty.  Number

4 two is Whitestone.  Number three is Principle

5 Business Enterprise.

6    Q.  Okay.  Now, I had shown you 74

7 mistakenly thinking this was the matrix.  Is 74 a

8 document that Mr. Mebane sent to you?

9    A.  Yes.

10    Q.  Do you know whether or not part of

11 this document is based on your matrix, Exhibit 75?

12    A.  A part of the document is based on our

13 matrix.

14    Q.  Could you tell us what parts of 75 are

15 based on your matrix?

16    A.  What part of 75?

17    MR. WENDLING:  74.

18 BY MR. MCGAVRAN:

19    Q.  I'm sorry.  74 based on your matrix.

20 My mistake.

21    A.  I can't do that.

22    Q.  Okay.  You said that you -- that parts

23 of 74 were based on 75.  How do you know that?

24    A.  Because these are customers that we

167

CIN-TEL CORPORATION

Exhibit 1

Exhibit 2

Exhibit 3

Exhibit 4

Exhibit 5

Exhibit 6

A.      Yes.

Q.      He wasn't telling you you were going
to get those commissions regardless of whether you
sold the volume you projected, did he?

A.      Say that again.

Q.      Well, he wasn't telling you that
regardless of how much of this stuff you sell you're
going to earn these commissions, did he?

A.      He said this -- I am forecasting this
is the amount of commission you will make from Unifi
Technical Fabrics.

Q.      If you sell this dollar volume of
product?

A.      Yes.

Q.      Yeah.  So the commissions are all
based on percentage --

A.      On sales.

Q.      -- of sales?  After the February 13-14
meeting, when was the next time you or Mr. Ranz spoke
with Mr. Mebane?

A.      I believe it was in early March when
we decided to set up another meeting at the IDEA
conference.

Q.      And who called whom?  Did you call Mr.

CIN-TEL CORPORATION