# EXHIBIT "F"

```
1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
2                      WESTERN DIVISION

3                       - - - - -

4   Q&R ASSOCIATES, INC.,        :
                                 :
5              Plaintiff,        :
                                 : CONFIDENTIAL
6   vs.                          : CASE NO. C-1-01-641
                                 :
7   UNIFI TECHNICAL FABRICS, LLC,:
    ET AL.,                      :
8                                :
               Defendants.       :
9                                :
                        - - - : -
```

DEPONENT: JOHN RANZ, JR.

NOVEMBER 11, 2003

10:16 A.M.

REPORTED BY:
Heidi L. Constable, RPR, RMR

1

CIN-TEL CORPORATION



1      A.     Drypers would be number five.

2      Q.     Okay. Can you identify any of the
3  others now?

4      A.     It looks like number four is Hospital
5  Specialty. And I believe number two is Principle
6  Business Enterprises. And number three -- number
7  three may be Whitestone, Fred, but I'm not a hundred
8  percent sure.

9      Q.     Now, the matrix identifies products
10  and monthly volume; is that correct?

11      A.     Bear with me, I'm trying to keep this
12  in order.

13      Q.     We're talking about Exhibit 75?

14      A.     Right.

15      Q.     Right.

16      A.     It identifies product and monthly
17  volume, that is correct.

18      Q.     Now, does the monthly volume represent
19  what those customers were at the time purchasing
20  through Q&R or does it represent what you thought
21  selling UTF's product you might be able to sell?

22      A.     Neither.

23      Q.     What does it represent?

24      A.     It represents their total purchasing

```
 1      power, their total --
 2           Q.     I see.
 3           A.     -- monthly requirements.
 4           Q.     Okay.  So this is not a sales
 5      projection at all, it's a statement of what -- what
 6      they purchase?
 7           A.     It's a statement of what they totally
 8      purchase --
 9           Q.     Okay.
10           A.     -- on a monthly basis.
11           Q.     Okay.  And this includes no estimate
12      of how much, if any, of that volume Q&R could switch
13      from Avgol to UTF; is that correct?
14           A.     It is no estimate whatsoever.
15           Q.     Okay.  If you go to 74, can you
16      identify Exhibit 74?
17           A.     Exhibit 74 is a Q&R commission and
18      draw plan that Mr. Mebane, I believe, sent by E-mail
19      to Mr. Quinn.
20           Q.     Do you know if there is any relation
21      between your matrix, Exhibit 75, and this commission
22      and draw plan 74?
23           A.     No, I do not.
24           Q.     Okay.  Did you or Mr. Quinn prepare
```