# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Q&R ASSOCIATES, INC. | ) | |
| _____ | ) | CASE NO.: C-1-01-641 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Appearing on behalf of: UNIFI TECHNICAL FABRIC: |
| | ) | |
| UNIFI TECHNICAL FABRICS LLC AI | ) | DEFENDANT |
| _____ | ) | _____ |
| Defendant | ) | (Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Gregory A. Wendling (NCSB# 17743)_____, hereby requests permission to appear pro hac vice in the subject case filed in the Western_____ Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of North Carolina_____ and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Frederick J. McGavran (0011284)_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 3rd day of August, 20 04.

_____
(Signature of *Petitioner*)

336-274-6001        Gregory A. Wendling, Attorney at Law
**Business Telephone**    **Law Firm**

426 W. Friendly Ave., Suite A
**Business Address**

Greensboro, NC 27401
**City, State, Zip**

336-275-2625
**Fax Number**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Frederick J. McGavran_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This __6__ day of __August__, 20__04__.

__0011284__  _____
**Ohio Bar Number**                **Signature of Local Counsel**

(513) 651-6940     Frost Brown Todd LLC
**Business Telephone**   **(Law Firm)**

2200 PNC Center, 201 East Fifth Street
**(Business Address)**

Cincinnati, Ohio 45202
**(City, State, Zip)**

_____
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant __Plaintiff__ this date __August 6, 2004__.

_____
Signed by Local Counsel

James E. Burke, Esq.
Dwight A. Packard, II, Esq.
1800 Provident Tower
1 East Fourth Street
Cincinnati, Ohio 45202

# SUPREME COURT
## OF THE STATE OF NORTH CAROLINA



I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on 28 September 1990, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## GREGORY A. WENDLING

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this 28 July, 20 04.

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

```
Fri Aug  6 15:12:37 2004


    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 423772
Cashier           kjl

Tender Type   CHECK

Check Number: 2760

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code    Div No       Acct
 4661         1         6855XX

Amount           $     50.00

GREGORY WENDLING

PRO HAC VICE C-1-01-641




Fri Aug  6 15:12:37 2004

Check No. 2760
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```