# EXHIBIT E:

# PLAINTIFFS' EXHIBIT # 27:

# NONWOVENS MATRIX

# CUSTOMER NO# 1
## NONWOVENS MATRIX

| Basis Weight | Sizes | Treat OD | Monthly Volume | |
|---|---|---|---|---|
| 15 gsm | 12.25"-13"-13.5" | 35" Phobic | 3 mm syds | SMMS |
| 17 gsm | 7" - 13.8" | 32" Phillic | 5.0 - 6.5 mm syds | SBPP |
| 17 gsm | 8.5" - 13.8" | 32" Phobic | 1.0 -1.5 mm syds | SMMS |
| 20 gsm | 8.5" - 19.7" | 32" Phillic | 1.0 -1.5 mm syds | SBPP |
| 21 gsm | 19.7" - 23.25" | 32" Phillic | .5 - 1.0 mm syds | SBPP |
| 30 gsm | 18.5" - 22" | 32" Phillic | .5 - 1.0 mm syds | SBPP |

Qualification 1 to 3 Months
Full Production = 3-6 Months
Need Clinical Data


EXHIBIT Pl. 27

# CUSTOMER NO# 2

| Basis Weight | Sizes | Treat OD | Monthly Volume |
|---|---|---|---|
| 15 gsm | 14.25" - 20.75" | Phillic 34" | 600,000 syds |
| 15 gsm | 30.5" | Phillic 34" | 1,000,000 syds |
| 13.5 gsm | 25.25" | Phillic 24" | 1,000,000 syds |

# CUSTOMER NO# 3

| Basis Weight | Sizes | Treat OD | Monthly Volume |
|---|---|---|---|
| 13.5 gsm | 6.75" - 32.25" | Phillic 36" | 2,500,000 syds |

QUALIFICATION = 3 MONTHS
FULL PRODUCTION = 4-6 MONTHS
OBSTACLES = INVENTORY

# NONWOVEN MATRIX
# CUSTOMER NO#4

| Basis Weight | Sizes | Treat OD | Monthly Volume | |
|---|---|---|---|---|
| .44oz / 15 gsm | 5.375"-32.25"(13 sizes) | Phillic 30" | 3MM - 3.5MM | SBPP |
| .90oz / 30 gsm | 4.75" | Phillic 30" | 500 M sq. yds. | SBPP |

Timing:    Qualification    1 to 3 Months
           Full Production    3 to 6 Months
           Major Obstacles    None

# CUSTOMER NO# 5

| Basis Weight | Sizes | Treat OD | Monthly Volume | |
|---|---|---|---|---|
| 15 gsm | 166 mm + 200 mm | Zebra 39" | 1.5MM sq. mts. | SBPP |
| 16 gsm | 439 mm - 473 mm (4 sizes) | Zebra 39" | 8.0MM sq. mts. | SBPP |
| 16 gsm | 274 mm + 436 mm | Phobic 39" | 2.9MM sq. mts. | SBPP |
| 15.5 gsm | 330 mm + ? (4 sizes) | Phobic 39" | 8-10 MM sq. mts.(?) | SMMS |

Timing:    Qualification    3 to 6 Months
           Full Production    6 to 12 Months
           Major Obstacles    Purchase Contract