# EXHIBIT F:

# DEFENDANTS' EXHIBIT # 74:

# Q&R COMMISSION & DRAW PLAN

Q&R Commission & Draw Plan
Does not consider SCA and Proctor at 2%

| 2001- 2002 | Collection | Commission | Maximum Draw | Actual Draw | Total |
|---|---|---|---|---|---|
| April | $ - | | $ 25,000 | $ 25,000 | $ 25,000 |
| May | $ - | | $ 25,000 | $ 25,000 | $ 25,000 |
| June | $ 100,000 | $ 4,000 | $ 25,000 | $ 21,000 | $ 25,000 |
| July | $ 150,000 | $ 6,000 | $ 20,000 | $ 19,000 | $ 25,000 |
| August | $ 250,000 | $ 10,000 | $ 15,000 | $ 15,000 | $ 25,000 |
| September | $ 375,000 | $ 15,000 | $ 10,000 | $ 10,000 | $ 25,000 |
| October | $ 500,000 | $ 20,000 | $ 5,000 | $ 5,000 | $ 25,000 |
| November | $ 600,000 | $ 24,000 | | | $ 24,000 |
| December | $ 700,000 | $ 28,000 | | | $ 28,000 |
| January | $ 800,000 | $ 32,000 | | | $ 32,000 |
| February | $ 900,000 | $ 36,000 | | | $ 36,000 |
| March | $ 1,000,000 | $ 40,000 | | | $ 40,000 |
| April | $ 1,100,000 | $ 44,000 | | | $ 44,000 |
| | $ 6,475,000 | $ 259,000 | $ 125,000 | $ 120,000 | $ 379,000 |

| 2002 - 2003 | Collection | Commission | Maximum Draw | Actual Draw | Total |
|---|---|---|---|---|---|
| April | $ 1,200,000 | $ 48,000 | | $ 25,000 | $ 73,000 |
| May | $ 1,300,000 | $ 52,000 | | $ 25,000 | $ 77,000 |
| June | $ 1,400,000 | $ 56,000 | | $ 21,000 | $ 77,000 |
| July | $ 1,500,000 | $ 60,000 | | $ 19,000 | $ 79,000 |
| August | $ 1,600,000 | $ 64,000 | | $ 15,000 | $ 79,000 |
| September | $ 1,700,000 | $ 68,000 | | $ 10,000 | $ 78,000 |
| October | $ 1,800,000 | $ 72,000 | | $ 5,000 | $ 77,000 |
| November | $ 1,900,000 | $ 76,000 | | | $ 76,000 |
| December | $ 2,000,000 | $ 80,000 | | | $ 80,000 |
| January | $ 2,100,000 | $ 84,000 | | | $ 84,000 |
| February | $ 2,200,000 | $ 88,000 | | | $ 88,000 |
| March | $ 2,300,000 | $ 92,000 | | | $ 92,000 |
| April | $ 2,400,000 | $ 96,000 | | | $ 96,000 |
| | $ 23,400,000 | $ 936,000 | $ - | $ 120,000 | $ 1,056,000 |

DEFENDANT'S EXHIBIT HLC
74
(GYNN) 11-10-03

CONFIDENTIAL

QR 1923