UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Q&R Associates, Inc.,
    Plaintiff

v.                                             Case No.  1:01-cv-641

UNIFI Technical Fabrics, et al.,
    Defendants

**ORDER**

This matter is before the Court on Defendant UNIFI Technical Fabrics' Motion for Admission of attorney Gregory A. Wendling (Doc. 33).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Gregory A. Wendling is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant UNIFI Technical Fabrics.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

August 10, 2004                              s/Sandra S. Beckwith
Date                                              Sandra S. Beckwith
                                                  United States District Judge