UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Q&R ASSOCIATES, INC., | ) | Case No. C-1-01-641 |
| | ) | |
| Plaintiff, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | NOTICE OF MANUAL |
| | ) | FILING OF DEPOSITION |
| UNIFI TECHNICAL FABRICS, LLC, *et al.*, | ) | <u>OF MICHAEL EUGENE DELANEY</u> |
| | ) | |
| Defendants. | ) | |

Please take notice that Plaintiff, Q&R Associates, Inc., has manually filed the following original deposition and/or item:

**Notice of Filing Deposition of Michael Eugene Delaney
with Exhibits, dated February 23, 2004**

This document has not been filed electronically because the electronic file size of the documents exceed 20 pages.

This document has been manually served on all parties via regular U.S. Mail this 30th day of August, 2004.

                                                                               Respectfully submitted,

                                                                                __s/Dwight A. Packard, II__
                                                                                James E. Burke (0032731)
                                                                                Dwight A. Packard, II (0067182)
                                                                                1400 Provident Tower
                                                                                One East Fourth Street
                                                                                Cincinnati, Ohio 45202
                                                                                Tel: (513) 579-6936
                                                                                Fax: (513) 579-6457
                                                                                jburke@kmklaw.com
                                                                                dpackard@kmklaw.com
                                                                                *Attorneys for Plaintiff,*
                                                                                *Q&R Associates, Inc.*

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF MANUAL FILING OF DEPOSITION OF MICHAEL EUGENE DELANEY was served upon Frederick J. McGavran, Esq., Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth Street, Cincinnati, OH 45202-4182 by ordinary U.S. mail, this 30th day of August, 2004.

                                                      s/Dwight A. Packard, II
                                                      Dwight A. Packard, II

1330556.1