UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CASE NO.: C-1-01-641

Q & R ASSOCIATES, INC.,

        Plaintiff,

vs.

UNIFI, INC., et al,

        Defendants.

**DEPOSITION**

**ORIGINAL**

**WITNESS: MICHAEL EUGENE DELANEY**

TAKEN AT THE OFFICES OF:
UNIFI TECHNICAL FABRICS, LLC
7201 West Friendly Avenue
Greensboro, NC 27401

DATE: 2-23-04
TIME: 9:37 A.M.

REPORTER: DALE L. RING
CHAPLIN & ASSOCIATES, INC.

CHARLOTTE (704) 335-1954   TRIAD (336) 992-1954   RALEIGH (919) 807-1954