UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Q&R ASSOCIATES, INC., | ) | Case No. C-1-01-641 |
| | ) | |
| Plaintiff, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | NOTICE OF MANUAL |
| | ) | FILING OF DEPOSITION |
| UNIFI TECHNICAL FABRICS, LLC, *et al.*, | ) | <u>OF GARY KLEINRICHERT</u> |
| | ) | |
| Defendants. | ) | |

Please take notice that Plaintiff, Q&R Associates, Inc., has manually filed the following original deposition and/or item:

**Notice of Filing Deposition of Gary Gerard Kleinrichert with Exhibits, dated March 26, 2004**

This document has not been filed electronically because the electronic file size of the documents exceed 20 pages.

This document has been manually served on all parties via regular U.S. Mail this 30th day of August, 2004.

                                                                                Respectfully submitted,

                                                                                 <u>  s/Dwight A. Packard, II                  </u>
James E. Burke (0032731)
Dwight A. Packard, II (0067182)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6936
Fax: (513) 579-6457
jburke@kmklaw.com
dpackard@kmklaw.com
*Attorneys for Plaintiff,*
*Q&R Associates, Inc.*

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing NOTICE OF MANUAL FILING OF DEPOSITION OF GARY KLEINRICHERT was served upon Frederick J. McGavran, Esq., Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth Street, Cincinnati, OH 45202-4182 by ordinary U.S. mail, this 30th day of August, 2004.

                                                                    s/Dwight A. Packard, II
                                                                     Dwight A. Packard, II

1330536.1