1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF OHIO
 4                  WESTERN DIVISION
 5   - - - - - - - - - - - - - - -
     Q&R ASSOCIATES, INC.,        :
 6                                :
              Plaintiff,          :
 7      vs.                       :  Case No. C-1-01-641
                                  :  (Judge S. S. Beckwith)
 8   UNIFI, INC., et al.,         :
                                  :
 9            Defendants.         :
     - - - - - - - - - - - - - - -
10
11
12           Deposition of GARY GERARD KLEINRICHERT, a
13   witness herein, called by the plaintiff for
14   cross-examination, pursuant to the Federal Rules of
15   Civil Procedure, taken before me, Wendy Davies
16   Welsh, a Registered Diplomate Reporter and Notary
17   Public in and for the State of Ohio, at the offices
18   of Frost Brown Todd, 2500 PNC Center, 201 East Fifth
19   Street, Cincinnati, Ohio, on Friday, March 26, 2004,
20   at 9:43 a.m.
21
22
23
24                    ORIGINAL
```