# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

### CASE NO. C-1-01-641

Q & R ASSOCIATES, INC.,

        Plaintiff,

vs.

UNIFI, INC., et al,

        Defendant.

**DEPOSITION**

ORIGINAL

## WITNESS: WILLIAM MICHAEL MEBANE

TAKEN AT THE LAW OFFICES OF:
CARRUTHERS & ROTH, P.A.
235 North Edgeworth Street
Greensboro, NC 27401

DATE: 02-24-04
TIME: 08:57 A.M.

REPORTER: DALE L. RING
CHAPLIN & ASSOCIATES, INC.

CHARLOTTE (704) 335-1954   TRIAD (336) 992-1954   RALEIGH (919) 807-1954