UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Q & R Associates, Inc.,
    Plaintiff

v.                                Case No.   1:01-cv-641

UNIFI, Inc.et al.,
    Defendants

**ORDER**

The undersigned hereby recuses herself from this case. The Clerk is hereby directed to reassign this case to another District Judge. The Final Pretrial Conference scheduled for September 13, 2004 and Trial scheduled for September 27, 2004 are VACATED.

**SO ORDERED**.

Date: August 31, 2004                              s/Sandra S. Beckwith
                                                           Sandra S. Beckwith
                                                           United States District Judge