UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Q & R ASSOCIATES, INC.,

    Plaintiff(s)

v.

UNIFI, INC., et al.,

    Defendant(s)

                                                1:01cv0641

## CLERK'S NOTICE OF REASSIGNMENT

Pursuant to the transfer of this matter by the Honorable Chief Judge Sandra S. Beckwith, to the Clerk of Court for reassignment, this matter is hereby **REASSIGNED** to the docket of the Honorable **Judge Michael H. Watson**, at Cincinnati, Ohio (Western Division).

JAMES BONINI, CLERK OF COURT

                                                s/Arthur Hill
                                                Arthur W. Hill
                                                Deputy Clerk