IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**In re: Status Report for Cases Transferred
to the Docket of the Honorable Michael H. Watson
for the following cases:**

| | |
|---|---|
| **1:01-cv-641** | **Q&R Associates v. UNIFI Inc, et al** |
| **1:02-cv-857** | **In re Broadwing, ERISA Litigation** |

## ORDER

The previous case scheduling order in the above cases, now transferred to the docket of Judge Michael H. Watson, shall remain in effect until further order of the Court.

In order to edify the court of the status of their case, the parties shall submit a joint status report within seven (7) days of the filing date of this Order.

The status report shall be no longer than two (2) pages in length and set forth the following:

1. Nature of the case and brief description of claims asserted:

2. Efforts to settle, pre- and post-filing of Complaint;

3. Scheduled dates for:

    a. Discovery Cut-off;

    b. Dispositive Motions Deadline;

    c. Settlement Conference;

    d. Final Pre-trial; and

    e. Trial.

4. Any other case-related issues deemed relevant by counsel, jointly.

<u>Parties who have previously consented to trial with a Magistrate Judge may disregard this Order.</u>

<u>s/Michael H. Watson</u>
Michael H. Watson
United States District Judge