UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Q&R ASSOCIATES, INC., | ) | Case No. C-1-01-641 |
| | ) | |
| Plaintiff, | ) | (Judge Watson) |
| | ) | |
| -v- | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **DWIGHT A. PACKARD, II AS** |
| UNIFI TECHNICAL FABRICS, LLC, *et al.*, | ) | **COUNSEL FOR PLAINTIFFS** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    Attorney Dwight A. Packard, II has left the law firm of Keating, Muething & Klekamp, PLL and hereby gives notice of his withdrawal as counsel of record for Plaintiff Q&R Associates, Inc. Attorney James E. Burke and the law firm of Keating, Muething & Klekamp, PLL shall remain Lead Attorney and counsel of record for Plaintiff in this action.

        Respectfully submitted,

        __s/Dwight A. Packard, II_____
        Dwight A. Packard, II (0067182)
        1400 Provident Tower
        One East Fourth Street
        Cincinnati, Ohio 45202
        Tel: (513) 579-6428
        Fax: (513) 579-6457
        jburke@kmklaw.com
        dpackard@kmklaw.com
        *Attorneys for Plaintiff,*
        *Q&R Associates, Inc.*

Case 1:01-cv-00641-MRB    Document 44    Filed 08/29/2005    Page 2 of 2

- 2 -

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Withdrawal of Dwight A. Packard, II As Counsel for Plaintiff was filed electronically through the Court's ECF system on August 29, 2005, which will electronically serve all counsel of record in this action.

                                                        ___s/Dwight A. Packard, II_____
                                                        Dwight A. Packard, II