UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Q&R Associates, Inc.,

    Plaintiff,

v.                                Case No. 1:01cv641

UNIFI, Inc., et al.,                 Judge Michael R. Barrett

    Defendant.

## NOTICE OF SETTLEMENT CONFERENCE

Please take notice that the above-captioned case has been set for a settlement conference before the Honorable Michael R. Barrett:

**Monday, September 25, 2006, at 1:30 pm**
**Room 815 Potter Stewart U.S. Courthouse**

Special Instructions regarding settlement:

1.  All parties must bring their client or a representative with full settlement authority.  Failure to follow this requirement will result in sanctions.

2.  Each counsel must prepare and submit via hand delivery to the Court or via the chamber's email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date.  These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.

                                                     Michael R. Barrett, Judge
                                                     United States District Court

                                                     *s/Barbara A. Crum*
                                                     Courtroom Deputy

cc:    All Counsel
bac        September 14, 2006