UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Q&R Associates, Inc.,

    Plaintiff,

v.                                  Case No. 1:01cv641

UNIFI, Inc., et al.,                Judge Michael R. Barrett

    Defendant.

## **NOTICE**

Please take notice that the above-captioned case has been set for a scheduling conference by telephone before the Honorable Michael R. Barrett on:

**Thursday, October 5, 2006, at 1:30 pm**

Parties shall initiate contact with the Court by calling 513-564-7660 five (5) minutes prior to 1:30 pm.

                                  Michael R. Barrett, Judge
                                  United States District Court

                                  *S/Barbara A. Crum*
                                  Courtroom Deputy

cc:    All Counsel
BAC    October 3, 2006