UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Q&R Associates, Inc.,

    Plaintiff,

v.     Case No. 1:01cv641

UNIFI, Inc., et al.,     Judge Michael R. Barrett

    Defendant.

## CALENDAR ORDER

Pursuant to the scheduling conference held in this matter on October 5, 2006, this case shall proceed as follows:

1. Joint Final Pretrial Order/Jury Instructions[1]: **December 1, 2006**

2. Final pretrial conference: **December 7, 2006 at 3:00 pm, Room 815**

3. Jury Trial: **January 8, 2007, at 9:30 am, Courtroom 3, Room 836**

**IT IS SO ORDERED.**

*S/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court

October 11, 2006

bac

---

[1] You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at: www.ohsd.uscourts.gov . The Joint Final Pretrial Order and the Jury Instructions shall be emailed to Chambers at barrett_chambers@ohsd.uscourts.gov consistent with the Court's trial procedures found on the above-mentioned website.