UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Q&R Associates, Inc.,

     Plaintiff,

     v.                               Case No. 1:01cv641

UNIFI, Inc., et al.,                  Judge Michael R. Barrett

     Defendant.

### ORDER

Pursuant to notification by the Plaintiff, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

    **IT IS SO ORDERED.**

                                       *S/Michael R. Barrett*

bac     November 30, 2006                 Michael R. Barrett, Judge
                                         United States District Court