UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Q & R Associates, Inc.<br>5604 Heron Drive<br>West Chester, Ohio 45069<br>          Plaintiff, | : <br> : <br> : <br> : <br> : | Case No.: C-1-01-641<br><br>Judge Michael R. Barrett |
| vs. | : <br> : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Unifi, Inc.<br>7201 West Friendly Avenue<br>Greensboro, North Carolina 27410<br><br>and<br><br>Unifi Technical Fabrics, LLC<br>7201 West Friendly Avenue<br>Greensboro, North Carolina 27410<br><br>and<br><br>W. Michael Mebane<br>P.O. Box 339<br>Mocksville, North Carolina 27028<br><br>          Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

In accordance with F.R.C.P. 41 (a)(1), it is hereby stipulated between Plaintiff Q&R Associates, Inc. and Defendants Unifi, Inc., Unifi Technical Fabrics, LLC and W. Michael Mebane that Plaintiff's Complaint and Amended Complaint be dismissed, with prejudice, each party to bear his or its own costs.

                                                                                              */s/ James E. Burke*
                                                                                    James E. Burke (003273)
                                                                                    Trial Attorney for Plaintiff
                                                                                    Q&R Associates, Inc.
                                                                                    1400 Provident Tower
                                                                                    One East Fourth Street
                                                                                    Cincinnati, Ohio 45202
                                                                                    (513) 579-6400

_____
Frederick J. McGavran (0011284)
Trial Attorney for Defendants Unifi, Inc.,
Unifi Technical Fabrics, LLC, and
W. Michael Mebane
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6940
(513) 651-6981 Facsimile

CINLibrary 0100346.0501835 1689224v.1